IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

OAKLEY, INC.,

        Plaintiff,

CASE NO: 8:05-cv-957-T-26-TGW

vs.

JJS CHEVRON, INC., and
JOHN JOSEPH

        Defendants.
_____/

PERMANENT INJUNCTION AND FINAL DEFAULT JUDGMENT
AGAINST JJS CHEVRON, INC. AND JOHN JOSEPH

     Upon consideration of Plaintiff, Oakley, Inc.'s ("Oakley") Motion for Entry of Default Judgment and Permanent Injunction against Defendants, JJS Chevron, Inc. and John Joseph and this Court being fully aware of the premises, the Court makes the following findings of fact and conclusions of law:

     1)    This Court has jurisdiction over the Plaintiff, and Defendants, JJS Chevron, Inc. and John Joseph and the Subject Matter of this action.

     2)    Oakley is the owner of the distinctive trademarks indexed as Exhibit "A" hereto (hereinafter referred to as "the Trademarks"). The registrations are valid and subsisting and are conclusive proof of Oakley's rights to the marks and properties noted.

     In view of the foregoing:

     IT IS ORDERED AND ADJUDGED that a PERMANENT INJUNCTION is entered as to JJS Chevron, Inc. and John Joseph, pursuant to Rule 65 of the Federal

1

Rules of Civil Procedure, enjoining JJS Chevron, Inc. and John Joseph, their agents, servants, employees and attorneys, and upon those persons in active concert or participation with them who receive actual notice of this Order by personal service or otherwise:

    a.    From manufacturing, procuring, distributing, shipping, retailing, selling, advertising or trafficking in any merchandise not authorized by Oakley, bearing unauthorized simulations, reproductions, counterfeits, copies or colorable imitations of the Trademarks, or bearing a design or image which is of a substantially similar appearance to the Trademarks listed on Exhibit "A" to this Order;

    b.    From passing off, inducing or enabling others, to produce or pass off, as authentic any merchandise as produced by Oakley or otherwise authorized by Oakley, which is not authorized by Oakley or produced under the control or supervision of Oakley, or approved by Oakley, which utilize any of the Trademarks listed on Exhibit "A" to this Order;

    c.    From selling, offering for sale, marketing, promoting, advertising, passing off any merchandise in conjunction with any unauthorized simulation, reproduction, counterfeit, copy or colorable imitation of the Trademarks, or bearing a design or image which is of a substantially similar appearance to the Trademarks listed on Exhibit "A" to this Order.

    d.    From committing any act calculated to cause purchasers to believe that the Defendants' merchandise is sold under the control and supervision of Oakley, or are sponsored, approved or guaranteed by Oakley, or are connected with and produced under the control or supervision of Oakley;

e. From diluting and infringing Oakley's Trademarks and damaging their goodwill; and

f. from causing, aiding, and/or abetting any other person from doing any act proscribed under a. through e. above.

It is further, ORDERED AND ADJUDGED,

That judgment is entered against JJS Chevron, Inc. and John Joseph, jointly and severally, and in favor of Oakley, in the amount of $10,000 in statutory damages pursuant to 17 U.S.C. §504(c).

It is further, ORDERED AND ADJUDGED,

That this Court shall retain jurisdiction of this action for purposes of enforcing the provisions of the Final Judgment and Permanent Injunction by way of contempt or otherwise.

Dated this 29 day of July, 2005.

Richard A. Lazzara
United States District Judge

3

# EXHIBIT A

## OAKLEY, INC. TRADEMARK REGISTRATIONS

| MARK | REGISTRATION NUMBER | DATE OF ISSUANCE | CLASS |
|---|---|---|---|
| Oakley | 1,521,599 | 01/24/89 | 9 |
| "Oakley" stylized | 1,519,596 | 01/10/89 | 9 |
| "O" stylized | 1,904,181 | 07/11/95 | 9 |
| "O and Oakley" stylized | 1,902,660 | 07/04/95 | 16 |
| "Oakley" | 1,522,692 | 01/31/89 | 25 |
| "Oakley" stylized | 1,356,297 | 08/27/85 | 9, 12, 25 |
| "O and Oakley" stylized | 1,990,262 | 07/30/96 | 9, 25 |
| "Oakley" stylized | 1,980,039 | 06/11/96 | 9, 25 |
| "O" stylized | 2,209,416 | 12/08/98 | 9, 25 |
| "O" stylized | 1,984,501 | 07/02/96 | 9, 25 |
| "O" stylized | 1,519,823 | 01/10/89 | 18 |
| "O" stylized | 2,207,455 | 12/01/98 | 18 |

5

## OAKLEY, INC. TRADEMARK REGISTRATIONS

| MARK | REGISTRATION NUMBER | DATE OF ISSUANCE | CLASS |
|---|---|---|---|
| Oakley | 1,521,599 | 01/24/89 | 9 |
| "Oakley" stylized | 1,519,596 | 01/10/89 | 9 |
| "O" stylized | 1,904,181 | 07/11/95 | 9 |
| "O and Oakley" stylized | 1,902,660 | 07/04/95 | 16 |
| "Oakley" | 1,522,692 | 01/31/89 | 25 |
| "Oakley" stylized | 1,356,297 | 08/27/85 | 9, 12, 25 |
| "O and Oakley" stylized | 1,990,262 | 07/30/96 | 9, 25 |
| "Oakley" stylized | 1,980,039 | 06/11/96 | 9, 25 |
| "O" stylized | 2,209,416 | 12/08/98 | 9, 25 |
| "O" stylized | 1,984,501 | 07/02/96 | 9, 25 |
| "O" stylized | 1,519,823 | 01/10/89 | 18 |
| "O" stylized | 2,207,455 | 12/01/98 | 18 |